IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**CONNIE L. LUTTRELL,**                6:14-CV-01426-PK

        **Plaintiff,**              ORDER

v.

**CAROLYN W. COLVIN,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**


**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#17) on November 4, 2015, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has reviewed the record *de novo* including Plaintiff's Objections.  The Court concludes Plaintiff's Objections do not provide a basis to modify the Magistrate Judge's Findings and Recommendation.

## **CONCLUSION**

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#17).  Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 28th day of December, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER